MARY C. MCNAMARA, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.*— Judgment and order affirmed, with costs. All concur, except Sears, P. J., who dissents and votes for reversal on the facts on the ground that the verdict of the jury in respect to the defendant's negligence is against the weight of the evidence. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HELEN E. WOODALL and Another, as Executors, etc., of JOHN G. WOODALL, Deceased, Appellants, v. UNITED STATES CASUALTY COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN N. PISTELL, Respondent, v. EDWARD A. DUERR, Appellant.— Interlocutory judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

DOSTER HOLDING CORPORATION, Respondent, v. DOMINICK LIBERTO and DOMINICK TRAPANI, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MYRLE R. DYE, Appellant, Respondent, v. ALOYSIUS F. LEUTHE, Respondent, Appellant. M. R. DYE AGENCY, INC., Appellant, Respondent, v. ALOYSIUS F. LEUTHE, Respondent, Appellant. MYRLE R. DYE, Appellant, Respondent, v. ALOYSIUS F. LEUTHE, Respondent, Appellant.— Order affirmed, without costs of this appeal to any party. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ANNA YOUNG MURRAY, by WILLIAM DAVID MURRAY, Her Guardian ad Litem, Respondent, v. FRANK GIBBONS, as Administrator, etc., of SAMUEL GIAMBATTISTO, Deceased, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff's guardian ad litem shall, within ten days, stipulate to reduce the verdict to the sum of $2,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Permission is hereby granted to the guardian ad litem to make such stipulation. All concur, except Edgcomb, J., who dissents and votes for reversal on the facts on the grounds, first, that the verdict is against the weight of the evidence as to the negligence of the defendant, and second, that the conduct of counsel were such as to render a fair and impartial trial on the merits impossible. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application for the Removal of BASILIS L. BARBY from Certain Premises in the City of Niagara Falls.— Judgment of County Court and judgment of City Court reversed on the law and a new trial granted in the City Court, with costs in all courts to appellant to abide the event, on the ground that the court erred in refusing to permit plaintiff to prove the facts alleged in paragraphs 8, 9 and 10 of the answer to the effect that he had made an oral agreement with defendant supplemental to the lease by which he was to have an adjustment on the rent for certain large sums of money spent by him to make the premises fit for his occupancy. All concur, except Sears, P. J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.